# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8594-MWF (GJS) | Date | January 16, 2018 |
|---|---|---|---|
| Title | Kevin R. Schrubb, I v. Cal. Dep't of Corrections and Rehabilitation, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) Order Dismissing Case Without Prejudice: JS-6

On December 7, 2017, the Court denied Plaintiff's request to proceed without prepayment of the filing fee and further ordered that: "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." [Dkt. 4, "Order."] It is now ten days past the deadline for payment established by the Order, and Plaintiff has not paid the filing fee for this action. Accordingly, the Court ORDERS that this action be dismissed without prejudice for failure to comply with the Order and for failure to pay the filing fee.

**IT IS SO ORDERED.**